# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NEW YORK

## Report on Offender Under Supervision

Name of Offender: Chi Fai Wong            Case Number: 0207 1:93CR01340

Name of Sentencing Judicial Officer: The Honorable Raymond J. Dearie, U.S. District Judge

Date of Original Sentence: October 11, 1995

| | |
|---|---|
| Offense: | Count One: Racketeering in violation of 18 U.S.C. 1962 (c), a Class A felony; Count Two: Racketeering Conspiracy in violation of 18 U.S.C. 1962 (d), a Class A felony; Count Three: Conspiracy to Murder in Aid of Racketeering in violation of 18 U.S.C. 1959 (a) (5), a Class C felony; Count Four: Murder in Aid of Racketeering in violation of 18 U.S.C. 1959 (a) (1), a Class A felony; Count Sixteen: Conspiracy to Commit Extortion in violation of 18 U.S.C. 1951, a Class C felony. |
| Original Sentence: | On October 11, 1995, Wong was sentenced by the Honorable Reena Raggi, Senior United States Circuit Judge of the United States Court of Appeals for the Second Circuit, to life imprisonment on Counts One, Two, and Four; ten (10) years custody on Count Three; and twenty (20) years custody on Count Sixteen, all to run concurrently with one another, as well as five (5) years supervised release on Counts One, Two, and Four; and three (3) years supervised release on Counts Three and Sixteen to run concurrently. Wong was also ordered to pay a fine in the amount of $100,000. |
| Resentence: | On July 30, 2019, Mr. Wong's Motion for Compassionate Release was granted and ordered by the Honorable Raymond J. Dearie, wherein the following conditions were imposed pending release: 1) Mr. Wong must arrange his own transportation to New York and shall report to the U.S. Probation Office in the Eastern District of New York within 72 hours of his arrival in New York; 2) Mr. Wong cannot commit another federal, state or local crime; 3) Mr. Wong cannot unlawfully possess a controlled substance; 4) Mr. Wong cannot unlawfully use a controlled substance and must submit to one drug test within 15 days of release from imprisonment. Subsequent drug testing may be suspended if the Court determines that Mr. Wong poses a low risk of future substance abuse; 5) Mr. Wong must comply with all standard conditions imposed by the Probation Office of the Eastern District of New York; 6) Mr. Wong may not have any contact with his co-defendants or other current or former members of the Tun On Gang. |

Type of Supervision: Supervised Release      Date Supervision Commenced: July 30, 2019

**STATUS REPORT**

By way of background, on February 10, 2020, the Probation Department filed a Violation of Supervised Release Report (VOSR) for traveling outside the district and failure to notify the Probation Department of a change in residence. As the Court is aware, on November 30, 2019, Mr. Wong traveled to China without permission from the Court or Probation Department. On February 11, 2020, Your Honor ordered a warrant for Mr. Wong's arrest. On December 8, 2020, defense council notified the Court regarding Mr. Wong passing away, however, failed to provide any verification. On March 3, 2020, the undersigned visited Mr. Wong's brother, Robin Wong, at his residence. Robin Wong advised that Mr. Wong passed away in China on December 7, 2020, and further provided pictures and videos of the funeral.

At this time, we respectfully request to withdraw the pending VOSR and warrant before the Court, due to Mr. Wong's untimely death. Predicated on the above information, the Probation Department will be closing its interest in this case. However, we await Your Honor's decision in this matter, which may be indicated below.

Respectfully submitted,　　　　　　　　　　　　Approved by,

*[signature]*　　　　　　　　　　　　　　　　　*[signature]*

Lee Kwok　　　　　　　　　　　　　　　　　　Joanmarie Langone
Senior U.S. Probation Officer　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　Date: 3/2/2021

**THE COURT ORDERS:**

☒ Withdraw VOSR/Warrant. Supervision is terminated.
☐ Received; No Further Direction from the Court
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

WARRANT IS HEREBY VACATED.
SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/S/ Raymond J. Dearie　　　3/8/2021
　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer　　　Date